IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE:     CHRISTOPHER ERIC OLSON
AND LYNETTE MARIE OLSON,     Case No. 5:08-BK-71420-BTB
Debtor(s)     Chapter 7

### NOTICE OF APPEARANCE

Before this Court are Kimberly D. Burnette, Sondra Boone, and Monica Shea Haltom of Wilson & Associates, P.L.L.C., who state that this firm's legal services have been retained on behalf of Wells Fargo Bank NA herein, and who enter their appearances as attorneys of record and request notice of all motions and pleadings filed in this action.

Respectfully Submitted,

WILSON & ASSOCIATES, P.L.L.C.
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
(501) 219-9388

By:    /s/Kimberly D. Burnette
Kimberly D. Burnette (88077)
Sondra Boone (98231)
Monica Shea Haltom (2007256)

Attorneys for Wells Fargo Bank NA

### CERTIFICATE OF SERVICE

On April 21, 2008 a copy of the foregoing was served via electronic mail, upon the parties listed below:

J. Robin Pace                           Jill R. Jacoway
Attorney at Law                      Trustee
2106 South Walton Suite D       P.O. Box 3456
Bentonville, AR 72712            Fayetteville, AR 72702-3456

/s/Kimberly D. Burnette
Kimberly D. Burnette
Sondra Boone
Monica Shea Haltom

W&A. 72-137616 / Loan No. xxxxxx5969