Form nhrg

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: Christopher Eric Olson and Lynette Marie Olson
Debtor

Case No.: 5:08−bk−71420
Chapter: 7
Judge: Ben T. Barry

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Federal Building, 35 E. Mountain St., Fayetteville, AR 72701

on 6/24/08 at 09:00 AM

to consider and act upon the following:

7 – Motion to Compel / Enforce (Motion to Compel Debtors to Produce Documents Required by General Order No. 26 and 11 U.S.C. 521) (Talley, Joyce)

Dated: 5/2/08

Jean Rolfs, Clerk
By:
Marcy Payne
Deputy Clerk