UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:

CHRISTOPHER ERIC OLSON
LYNETTE MARIE OLSON

CASE NO. 5:08-BK-71420 B
CHAPTER 7

Debtor(s).

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of Hale Dewey & Knight, PLLC, 88 Union Avenue, Suite 700, Memphis, Tennessee, 38103, will represent the interests of DCFS Trust in the matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for DCFS Trust, as follows:

>   Stephen P. Hale, Esq.
>   Robert J. Fehse, Esq.
>   Hale, Dewey & Knight, PLLC
>   88 Union Avenue, Suite 700
>   Memphis, TN 38103

/s/ Robert J. Fehse
Stephen P. Hale, Esq. (11276)
Robert J. Fehse, Esq. (22786)
Attorneys for DCFS Trust
88 Union Avenue, Suite 700
Memphis, TN 38103
(901) 271-0712

OF COUNSEL:
HALE DEWEY & KNIGHT, PLLC

2598885v1